**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PATRICK GERARD CARSON, *UNITED*** : | |
| ***STATES OF AMERICA EX REL.,*** : | |
| **STATE OF CONNECTICUT, STATE OF** : | |
| **DELAWARE, STATE OF FLORIDA,** : | |
| **STATE OF GEORGIA, STATE OF** : | |
| **ILLINOIS, STATE OF INDIANA, STATE** : | |
| **OF MARYLAND, COMMONWEALTH OF** : | |
| **MASSACHUSETTS, STATE OF NEW** : | |
| **JERSEY, STATE OF NEW YORK,** : | |
| **STATE OF NORTH CAROLINA, STATE** : | |
| **OF RHODE ISLAND, STATE OF** : | |
| **TEXAS, COMMONWEALTH OF** : | |
| **VIRGINIA and STATE OF** : | |
| **WASHINGTON** : | |
| : | |
| **v.** : | |
| : | |
| **SELECT REHABILITATION, INC.,** : | |
| **BRYN MAWR TERRACE, SAUNDERS** : | |
| **HOUSE, MAIN LINE SENIOR CARE** : | |
| **ALLIANCE, CARE PAVILION NURSING** : | |
| **AND REHABILITATION CENTER, MID-** : | |
| **ATLANTIC HEALTHCARE, LLC,** : | |
| **WESLEY ENHANCED LIVING MAIN** : | |
| **LINE REHABILITATION & SKILLED** : | |
| **NURSING, WESLEY ENHANCED** : | |
| **LIVING and MARWOOD REST** : | |
| **HOME, INC.** : | **CIVIL ACTION NO. 15-5708** |

**ORDER**

**NOW**, this 18th day of August, 2023, upon consideration of The WEL Defendants'
Motion to Dismiss Relator's Complaint (Doc. No. 75), the relator's response, and the
defendants' reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHERED ORDERED** that:

1.      Counts I through III are **DISMISSED WITHOUT PREJUDICE** as to defendants Wesley Enhanced Living Main Line Rehabilitation & Skilled Nursing and Wesley Enhanced Living.

2.      Counts IV through XIII are **DISMISSED WITH PREJUDICE**.

3.      Relator is granted leave to file an amended complaint as to Counts I through III.

4.      If the relator elects to file an amended complaint, he shall do so no later than September 8, 2023.

_____
TIMOTHY J. SAVAGE, J.