Case 2:15-cv-05708-TJS   Document 100   Filed 08/18/23   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK GERARD CARSON, *UNITED STATES OF AMERICA EX REL.*, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEW JERSEY, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF RHODE ISLAND, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA and STATE OF WASHINGTON** : <br><br> v. <br><br> **SELECT REHABILITATION, INC., BRYN MAWR TERRACE, SAUNDERS HOUSE, MAIN LINE SENIOR CARE ALLIANCE, CARE PAVILION NURSING AND REHABILITATION CENTER, MID-ATLANTIC HEALTHCARE, LLC, WESLEY ENHANCED LIVING MAIN LINE REHABILITATION & SKILLED NURSING, WESLEY ENHANCED LIVING and MARWOOD REST HOME, INC.** | **CIVIL ACTION NO. 15-5708** |

**ORDER**

**NOW**, this 18th day of August, 2023, upon consideration of Select Rehabilitation LLC's Motion to Dismiss (Doc. No. 76), the relator's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHERED ORDERED** that:

1. To the extent the motion seeks dismissal of Counts I, II, and VIII it is **DENIED**.

2. Count III is **DISMISSED WITHOUT PREJUDICE**.

3. Counts IV through VII and IX through XIII are **DISMISSED WITH PREJUDICE**.

4. Relator is granted leave to file an amended complaint as to Count III.

5. If the relator elects to file an amended complaint, he shall do so no later than September 8, 2023.

_____
TIMOTHY J. SAVAGE, J.