IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK GERARD CARSON, *UNITED STATES OF AMERICA EX REL.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SELECT REHABILITATION, INC., CARE PAVILION NURSING AND REHABILITATION CENTER and MID-ATLANTIC HEALTHCARE, LLC, | : | NO. 15-5708 |

## ORDER

**NOW,** this 6th day of February, 2024, upon consideration of Defendants Mid-Atlantic Healthcare, LLC and Care Pavilion Nursing and Rehabilitation Center's Motion to Dismiss the Amended Complaint (Doc. No. 114), the relator's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE** as to Defendants Mid-Atlantic Healthcare, LLC and Care Pavilion Nursing and Rehabilitation Center.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.